UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 15-0377AG (DFMx) | Date | April 15, 2015 |
|---|---|---|---|
| Title | ROBERT STEVEN GOLDMAN, et al. v. RUSHMORE LOAN MANAGEMENT SERVICES, LLC, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Nancy Boehme | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**     [IN CHAMBERS] ORDER GRANTING MOTIONS TO DISMISS

Plaintiffs Robert Steven Goldmam and Lauren Dawn Goldman (collectively, "Plaintiffs") filed a verified complaint against Defendants Rushmore Loan Management Services, LLC; Attorney Lender Services; and Wells Fargo Bank, N.A. (collectively, "Defendants") in state court asserting claims concerning Defendants' alleged foreclosure of Plaintiffs' real property. (Dkt. No. 1, Ex. A.) On March 9, 2015, Defendant Wells Fargo Bank, N.A. removed the action to this Court asserting that Rushmore Loan Management Services, LLC and Attorney Lender Services are fraudulently joined defendants and nominal parties. (Notice of Removal, Dkt. No. 1, at 4.) On March 13, 2015, Defendant Rushmore Loan Management Services, LLC filed a document stating it consented to removal. (Dkt. No. 9.) Also on March 13, 2015, two Motions to Dismiss were filed, one by Rushmore Loan Management Services, LLC (Dkt. No. 7) and one by Wells Fargo Bank, N.A. (Dkt. No. 11).

Plaintiffs did not file opposition to either motion. Under Local Rule 7-9, Plaintiffs' opposition was due by March 30, 2015. *See* L.R. 7-9 (requiring opposition papers to be filed "not later than twenty-one (21) days before the date designated for the hearing of the motion"). And under Local Rule 7-12, the failure to timely file any required paper may be deemed consent to the granting or denial of the motion.

The Court finds that the interests of justice are best served by the following order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 15-0377AG (DFMx) | Date | April 15, 2015 |
|---|---|---|---|
| Title | ROBERT STEVEN GOLDMAN, et al. v. RUSHMORE LOAN MANAGEMENT SERVICES, LLC, et al. | | |

The Court GRANTS the Motions to Dismiss. (Dkt. Nos. 7, 11.)

The Court will determine at the hearing on these Motions whether leave to amend is appropriate. The Court ORDERS Plaintiffs to appear on April 20, 2015, at 10:00 a.m., and show good cause why this case should not be dismissed without leave to amend. If leave to amend is granted, the failure to file opposition papers to any future motion to dismiss will be deemed consent to granting such motion without leave to amend. Further if leave to amend is granted, Plaintiffs should carefully consider the accuracy of allegations in a verified complaint.

The Court notes that Plaintiffs are representing themselves without a lawyer. People who represent themselves in court without a lawyer are called "pro se litigants." Whether acting as plaintiffs or defendants, pro se litigants in federal court face special challenges. The Public Law Center runs a Federal Pro Se Clinic at the Santa Ana federal courthouse where pro se litigants can get free information and guidance. Visitors to the clinic must make an appointment by calling (714) 541-1010 (x222). The clinic is located in Room 1055 of the Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Santa Ana, CA. More information about the clinic may be found at http://court.cacd.uscourts.gov/cacd/ProSe.nsf and select "Pro Se Clinic - Santa Ana."

|  | : | 0 |
|---|---|---|
| Initials of Preparer | nkb | |